United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-16563-elf
Darcel Copes                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2             Date Rcvd: Nov 02, 2018
                            Form ID: 309I          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
```
db            +Darcel Copes,    6136 Washington Ave,    Philadelphia, PA 19143-2915
14206894      +AES/PHEAA,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1419
14206895      +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14206896      +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
14206897      +Chondrite Reo, LLC,    7880 Bent Branch Drive,    Suite 150,    Irving, TX 75063-6045
14220449      +Chrondite Reo, LLC,    BSI Financial Services,    c/o Kevin G. McDonald, Esq.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14206898      +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
14206901     ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
               (address filed with court: Focus Receivables Mana,    1130 Northchase Parkway,    Suite 150,
                Marietta, GA 30067)
14206903      +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                Hazelwood, MO 63042-2429
14206905      +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14213107      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14206907      +U.S. Department of the Treasury (Fax Onl,    1500 Pennsylvania Avenue Nw,
                Washington, DC 20220-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: akeem@jensenbagnatolaw.com Nov 03 2018 02:07:52     ERIK B. JENSEN,
               Jensen Bagnato, PC,    1500 Walnut St.,    Suite 1920,    Philadelphia, PA 19102
tr            +E-mail/Text: bncnotice@ph13trustee.com Nov 03 2018 02:09:09     WILLIAM C. MILLER, Esq.,
               Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Nov 03 2018 02:08:43     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 03 2018 02:08:06
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 03 2018 02:08:39     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 03 2018 02:08:28     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14218840       E-mail/Text: megan.harper@phila.gov Nov 03 2018 02:08:43     City of Philadelphia,
               1401 JFK Blvd,    Philadelphia PA 19102
14206899      +EDI: RCSFNBMARIN.COM Nov 03 2018 06:03:00      Credit One Bank,    Attn: Bankruptcy,
               Po Box 98873,    Las Vegas, NV 89193-8873
14206900      +EDI: BLUESTEM Nov 03 2018 06:03:00      Fingerhut,    Attn: Bankruptcy,    Po Box 1250,
               Saint Cloud, MN 56395-1250
14206902      +EDI: CBS7AVE Nov 03 2018 06:03:00      Ginnys/Swiss Colony Inc,    Attn: Credit Department,
               Po Box 2825,    Monroe, WI 53566-8025
14216570       EDI: RESURGENT.COM Nov 03 2018 06:03:00      LVNV Funding, LLC its successors and assigns as,
               assignee of Santander Consumer USA,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14206904      +EDI: RESURGENT.COM Nov 03 2018 06:03:00      LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,
               Po Box 10497,    Greenville, SC 29603-0497
14206906      +EDI: PRA.COM Nov 03 2018 06:03:00      Portfolio Recovery,    Po Box 41021,
               Norfolk, VA 23541-1021
14206908      +EDI: VERIZONCOMB.COM Nov 03 2018 06:03:00      Verizon,    Verizon Wireless Bk Admin,
               500 Technology Dr Ste 550,    Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 14
```

    \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: dlv               Page 2 of 2                  Date Rcvd: Nov 02, 2018
                              Form ID: 309I           Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Darcel  Copes akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Darcel Copes** | | Social Security number or ITIN | **xxx–xx–8062** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter 13 | **10/1/18** |
| Case number: | **18–16563–elf** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Darcel Copes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 6136 Washington Ave<br>Philadelphia, PA 19143 | |
| 4. | **Debtor's attorney**<br>Name and address | ERIK B. JENSEN<br>Jensen Bagnato, PC<br>1500 Walnut St.<br>Suite 1920<br>Philadelphia, PA 19102 | Contact phone 215–546–4700<br><br>Email: akeem@jensenbagnatolaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/2/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 5, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/3/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/10/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/30/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 1580.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/15/19** at **10:00 AM** , Location: **Courtroom #1, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |