**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | | : | Chapter 13 |
| | | : | |
| Darcel Copes | | : | |
| | Debtor | : | Bankruptcy No.  18-16563-elf |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Erik B. Jensen, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on March 5, 2019 IT IS ORDERED THAT:

1.    The case is dismissed.

2.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3.    A hearing shall be held on _____, 2019, at _____ in Bankruptcy Courtroom No. 1, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4.    Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.    Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before _____.


_____
Honorable Eric L. Frank
United States Bankruptcy Judge


cc:    Erik B. Jensen, Esquire
Jensen Bagnato, P.C.
1500 Walnut Street, Suite 1920
Philadelphia, PA19102

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119