IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                             :
                                                   :        In Chapter 13
    DARCEL COPES,                        :
                                                   :        Bankruptcy No. 18-16563 (ELF)
                Debtor.              :
------------------------------------------------------x

## **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #37 filed by the City of Philadelphia on April 2, 2019.

                              Respectfully submitted,

                              THE CITY OF PHILADELPHIA

Dated: April 2, 2019       By:    /s/ Pamela Elchert Thurmond
                                     PAMELA ELCHERT THURMOND
                                     Deputy City Solicitor
                                     PA Attorney I.D. 202054
                                     City of Philadelphia Law Department
                                     1401 JFK Blvd., 5th Floor
                                     Philadelphia, PA  19102-1595
                                     215-686-0508 (phone)
                                     215-686-0588 (facsimile)
                                     Email: Pamela.Thurmond@phila.gov