IN THE UNITED STATES BANKRUPRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re                                                                 : CHAPTER 13

    Darcel Copes                                       : BANKRUPTCY NO.:  18-16563-elf

## PRAECIPE TO WITHDRAW

Kindly withdraw the Amended Chapter 13 Plan filed on April 4, 2019 with regard to the above Debtor.

        Respectfully submitted,

        /s/ERIK B. JENSEN,

Date: 4/4/19        ERIK B. JENSEN, ESQUIRE