IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Darcel Copes | : | |
| | : | No. 18-16563-ELF |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Debtor's First Amended Chapter 13 Plan was served upon the following parties via first class regular mail on April 5, 2019:

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3F
-John Lepera

LVNV Funding, LLC its successors and assigns as assignee of Santander Consumer USA
Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
JHPDE Finance 1 LLC
Attn: Fran Rosello
PO Box 788
Kirkland, WA 98083-0788

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: Vanessa Medlock
PO BOX 10587
Greenville, SC 29603-0587

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St.
Hackensack, NJ 07601

Directv, LLC
by American InfoSource as agent
Attn: Ashley Boswell
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC  
Resurgent Capital Services  
Attn: LeoAnn Shannon  
PO Box 10587  
Greenville, SC 29603-0587  

Stoneberry  
c/o Creditors Bankruptcy Service  
Attn: Mark Bennett  
P O Box 800849  
Dallas, TX 75380  

Seventh Avenue  
c/o Creditors Bankruptcy Service  
Attn: Mark Bennett  
P O Box 800849  
Dallas, TX 75380  

Ginny's  
c/o Creditors Bankruptcy Service  
Attn: Mark Bennett  
P O Box 800849  
Dallas, TX 75380  

Portfolio Recovery Associates, LLC  
Attn: Dolan Patton Mason  
POB 41067  
Norfolk VA 23541  

CHONDRITE REO, LLC (2)  
c/o BSI FINANCIAL SERVICES INC.  
Attn: Kevin McDonald  
1425 Greenway Drive, #400  
Irving, TX 75038  

CITY OF PHILADELPHIA LAW DEPARTMENT  
TAX & REVENUE UNIT  
BANKRUPTCY GROUP, MSB  
Attn: Megan Harper  
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR  
PHILADELPHIA, PA 19102-1595  

Date: 4/5/19                                                                /s/ Erik B. Jensen  
                                                                            Erik B. Jensen, Esquire  
                                                                            *Attorney for Debtor*