IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re:                                            :
                                                  :     In Chapter 13
    DARCEL COPES,                           :
                                                  :     Bankruptcy No. 18-16563 (ELF)
                   Debtor.       :
------------------------------------------------------x

## **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #39 filed by the City of Philadelphia on April 2, 2019.

                          Respectfully submitted,

                          THE CITY OF PHILADELPHIA

Dated: April 8, 2019      By:   /s/ Pamela Elchert Thurmond
                          PAMELA ELCHERT THURMOND
                          Deputy City Solicitor
                          PA Attorney I.D. 202054
                          City of Philadelphia Law Department
                          1401 JFK Blvd., 5th Floor
                          Philadelphia, PA  19102-1595
                          215-686-0508 (phone)
                          215-686-0588 (facsimile)
                          Email: Pamela.Thurmond@phila.gov