IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Darcel Copes | : | |
| | : | No. 18-16563-ELF |
| Debtor | : | |

CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of the Debtor's Second Amended Chapter 13 Plan was served upon the following parties via first class regular mail on April 15, 2019:

Philadelphia Gas Works
800 W Montgomery Avenue
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3F
-John Lepera

LVNV Funding, LLC its successors and assigns as
assignee of Santander Consumer USA
Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

Quantum3 Group LLC as agent for
JHPDE Finance 1 LLC
Attn: Fran Rosello
PO Box 788
Kirkland, WA 98083-0788

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: Vanessa Medlock
PO BOX 10587
Greenville, SC 29603-0587

Atlas Acquisitions LLC
Attn: Avi Schild
294 Union St.
Hackensack, NJ 07601

Directv, LLC
by American InfoSource as agent
Attn: Ashley Boswell
4515 N Santa Fe Ave
Oklahoma City, OK 73118

LVNV Funding, LLC
Resurgent Capital Services
Attn: LeoAnn Shannon
PO Box 10587
Greenville, SC 29603-0587

Stoneberry
c/o Creditors Bankruptcy Service
Attn: Mark Bennett
P O Box 800849
Dallas, TX 75380

Seventh Avenue
c/o Creditors Bankruptcy Service
Attn: Mark Bennett
P O Box 800849
Dallas, TX 75380

Ginny's
c/o Creditors Bankruptcy Service
Attn: Mark Bennett
P O Box 800849
Dallas, TX 75380

Portfolio Recovery Associates, LLC
Attn: Dolan Patton Mason
POB 41067
Norfolk VA 23541

CHONDRITE REO, LLC (2)
c/o BSI FINANCIAL SERVICES INC.
Attn: Kevin McDonald
1425 Greenway Drive, #400
Irving, TX 75038

CITY OF PHILADELPHIA LAW DEPARTMENT
TAX & REVENUE UNIT
BANKRUPTCY GROUP, MSB
Attn: Megan Harper
1401 JOHN F. KENNEDY BLVD., 5TH FLOOR
PHILADELPHIA, PA 19102-1595

Date: 4/15/19                                    /s/ Erik B. Jensen
                                                 Erik B. Jensen, Esquire
                                                 *Attorney for Debtor*