# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darcel Copes<br><br>           Debtor<br><br>CHONDRITE REO, LLC (2)<br><br>           Movant<br>    vs.<br><br>Darcel Copes<br><br>           Respondent | CHAPTER 13<br><br><br><br><br><br>NO. 18-16563 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of CHONDRITE REO, LLC (2), which was filed with the Court on or about May 6, 2019 (Document No. 49).

           Respectfully submitted,

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           Attoney for Movant
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           215-627-1322

May 22, 2019