United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16563-elf
Darcel Copes                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP        Page 1 of 1         Date Rcvd: May 28, 2019
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2019.
db         #+Darcel Copes,    6136 Washington Ave,    Philadelphia, PA 19143-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2019 at the address(es) listed below:
    ERIK B. JENSEN    on behalf of Debtor Darcel  Copes akeem@jensenbagnatolaw.com, gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
    JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov, karena.blaylock@phila.gov
    KEVIN G. MCDONALD    on behalf of Creditor   CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
    PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, karena.blaylock@phila.gov
    REBECCA ANN SOLARZ    on behalf of Creditor   CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                       TOTAL: 7

Stip does not affect plan

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Darcel Copes<br>          Debtor<br><br>CHONDRITE REO, LLC (2) c/o BSI FINANCIAL SERVICES INC.<br>          Secured Creditor<br>    vs.<br><br>Darcel Copes<br>          Debtor<br>William C. Miller, Esquire<br>          Trustee | CHAPTER 13<br><br><br>NO. 18-16563 ELF<br><br><br><br>11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition advances on the mortgage held by the Secured Creditor on the Debtor's residence is **$787.13**, which breaks down as follows;

Advanced Taxes (February 2019): $787.13
**Total Post-Petition Advances:     $787.13**

2. The Debtor(s) shall cure said advances in the following manner;

    a). Beginning on June 1, 2019 and continuing through August 1, 2019, until the advances are cured, Debtor(s) shall pay an installment payment of **$262.38 from June 2019 to July 2019 and $267.37 for August 2019** towards the advances on or before the last day of each month at the address below;

BSI FINANCIAL SERVICES
ATTN: PAYMENT PROCESSING DEPARTMENT
P.O. BOX 679002
DALLAS, TX 75267-9002

    b). Maintenance of property taxes and property insurance to the Secured Creditor thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Secured Creditor shall adjust the account accordingly.

4. In the event the payments or advances under Section 2 above are not tendered pursuant to the terms of this stipulation, the Secured Creditor shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Secured Creditor may file a Certification of Default with the Court and the Court shall enter an Order granting the Secured Creditor relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Secured Creditor shall file a Certification of Default with the court and the court shall enter an order granting the Secured Creditor relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Secured Creditor of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: May 20, 2019    By: /s/ Rebecca A. Solarz, Esquire
                          Attorney for Secured Creditor

Date: 5/20/19

                          Erik B. Jensen, Esquire
                          Attorney for Debtor

Date: 5/22/19

                          William C. Miller, Esquire    NO OBJECTION
                          Chapter 13 Trustee           *without prejudice to any
                                                        trustee rights or remedies.

**ORDER**

Approved by the Court this 28th day of May, 2019. However, the court retains discretion regarding entry of any further order.

---

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**