10/29/2019

Dear Honorable Judge Frannk,

I am writing to ask your honor to please consider, reconsidering your decision to grant relief (motion to relief from the stay). I didn't receive notice of the hearing and I'm not sure why my attorney, Akeem Parsons, didn't respond to the motion or give me notice to appear. I feel like my counsel has been ineffective in handling my case. After considering the forementioned I hope your honor see fit to reconsider.

Sincerely,
Darcel Copes
Darcel Copes

215 7913590

CASE # 1816563

