**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     DARCEL COPES,     :     Chapter 13
                                          :
               Debtor     :     Bky. No.  18-16563 ELF

# O R D E R

**AND NOW,** the court having held a hearing on **October 29, 2019**, at which the Debtor's counsel failed to appear to represent the Debtor;

**AND**, based on the court's colloquy with the Debtor, it appearing possible that the Debtor's counsel may have abandoned the representation of the Debtor in this bankruptcy case,

**AND**, for the reasons stated in court,

It is hereby **ORDERED** that:

1. The hearing on the Trustee's Motion to Dismiss Case is **CONTINUED** to **November 12, 2019, at 1:00 p.m.**

2. If not already filed, counsel for the Debtor counsel shall file the statement and/or any supplemental statements required by Fed. R. Bankr. P. 2016(b) **on or before November 7, 2019**.

3. Pursuant to 11 U.S.C. §329(b), a hearing shall be held **on November 12, 2019, at 1:00 p.m.** to **consider the reasonableness of the compensation received by the counsel for the Debtor in connection with this case and whether counsel should return to the Debtor the compensation received, or some portion thereof**. See 11 U.S.C. §329(b); Fed. R. Bankr. P. 2017.

4. Counsel for the Debtor **SHALL APPEAR** at the hearing, prepared to discuss and testify, if necessary concerning all aspects of the attorney-client relationship with the Debtor.

**Date: October 30, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

cc: Darcel Copes
    6136 Washington Ave
    Philadelphia, PA 19143