*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Darcel Copes
    Debtor(s)

Case No: 18–16563–elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Motion to Reconsider (related documents Order on Motion For Relief From Stay) Filed by Darcel Copes

    on: 11/12/19

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/31/19

Timothy B. McGrath
Clerk of Court