United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16563-elf
Darcel Copes                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett       Page 1 of 1        Date Rcvd: Oct 30, 2019
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
db              #+Darcel Copes,    6136 Washington Ave,    Philadelphia, PA 19143-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Darcel  Copes akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    DARCEL COPES,    :    Chapter 13
                           :
         Debtor            :    Bky. No. 18-16563 ELF

# O R D E R

**AND NOW,** the court having held a hearing on **October 29, 2019**, at which the Debtor's counsel failed to appear to represent the Debtor;

**AND**, based on the court's colloquy with the Debtor, it appearing possible that the Debtor's counsel may have abandoned the representation of the Debtor in this bankruptcy case,

**AND**, for the reasons stated in court,

It is hereby **ORDERED** that:

1. The hearing on the Trustee's Motion to Dismiss Case is **CONTINUED** to **November 12, 2019, at 1:00 p.m.**

2. If not already filed, counsel for the Debtor counsel shall file the statement and/or any supplemental statements required by Fed. R. Bankr. P. 2016(b) **on or before November 7, 2019**.

3. Pursuant to 11 U.S.C. §329(b), a hearing shall be held **on November 12, 2019, at 1:00 p.m.** to **consider the reasonableness of the compensation received by the counsel for the Debtor in connection with this case and whether counsel should return to the Debtor the compensation received, or some portion thereof**. See 11 U.S.C. §329(b); Fed. R. Bankr. P. 2017.

4. Counsel for the Debtor **SHALL APPEAR** at the hearing, prepared to discuss and testify, if necessary concerning all aspects of the attorney-client relationship with the Debtor.

**Date: October 30, 2019**

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**

cc: Darcel Copes
    6136 Washington Ave
    Philadelphia, PA 19143