```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-16563-elf
Darcel Copes                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett            Page 1 of 1                  Date Rcvd: Nov 13, 2019
                             Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2019.
db             #+Darcel Copes,    6136 Washington Avenue,    Philadelphia, PA 19143-2915

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2019 at the address(es) listed below:
     ERIK B. JENSEN    on behalf of Debtor Darcel  Copes akeem@jensenbagnatolaw.com,
     gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
     JOSHUA   DOMER     on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
     karena.blaylock@phila.gov
     KEVIN G. MCDONALD    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
     PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
     karena.blaylock@phila.gov
     REBECCA ANN SOLARZ    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
     United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                    TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    DARCEL COPES,    :    Chapter 13
                           :
           Debtor          :    Bky. No. 18-16563 ELF

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Reconsider Order Granting Motion for Relief from the Automatic Stay (Doc. # 82) and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Order dated October 15, 2019 is **VACATED** and the automatic stay is **REINSTATED** as to Chondrite Reo, LLC ("the Lender"), **SUBJECT TO** the remaining provisions of this Order.

3. **On or before November 19, 2019**, the Debtor shall make a payment of **$4,000.00** to the Chapter 13 Trustee to reduce the delinquency in payments under the terms of her confirmed chapter 13 plan.

4. **On or before December 13, 2019,** the Debtor shall make a second payment of **$4,000.00** to the Chapter 13 Trustee to reduce the delinquency in payments under the terms of her confirmed chapter 13 plan.

5. In the months of **January, February and March 2020**, the Debtor shall **add to her regular trustee chapter 13 plan payment**, the additional sum of **$935.00** to cure the delinquency in payments under the terms of her confirmed chapter 13 plan.

6. In the event that the Debtor fails to make the payment required by Paragraph 3, upon

certification of default filed with the court and served on the Debtor and the Debtor' counsel, the court may grant relief from the automatic stay to the Lender, without a further hearing.

7. In the event, the Debtor fails to make any of the payments required by Paragraphs 4 and 5 and or any of the payments required by her confirmed plan, the Lender may give the Debtor and Debtor's counsel written notice of the default and if such default is not cured within fourteen (14) days after the service of the notice, upon certification of default filed with the court and served on the Debtor and the Debtor' counsel, the court may grant relief from the automatic stay to the Lender, without a further hearing.

8. The provisions of Paragraph 7 shall **EXPIRE** after the Debtor makes the plan payment due in **June 2020**.

**Date: November 13, 2019**

                                                                     _____
                                                                     **ERIC L. FRANK**
                                                                     **U.S. BANKRUPTCY JUDGE**

cc: Darcel Copes
    6136 Washington Ave
    Philadelphia, PA 19143

-2-