```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                           Case No. 18-16563-elf
Darcel Copes                                                     Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2         User: PaulP              Page 1 of 2          Date Rcvd: Mar 18, 2020
                             Form ID: pdf900          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2020.
db             #+Darcel Copes,    6136 Washington Avenue,    Philadelphia, PA 19143-2915
14206894       +AES/PHEAA,    Attn: Bankruptcy,    1200 North 7th St,    Harrisburg, PA 17102-1419
14206895       +AR Resources, Inc.,    Attn: Bankruptcy,    Po Box 1056,    Blue Bell, PA 19422-0287
14206896       +Aspire,    Po Box 105555,    Atlanta, GA 30348-5555
14244042       +CHONDRITE REO, LLC (2),    c/o BSI FINANCIAL SERVICES INC.,     1425 Greenway Drive, #400,
                 Irving, TX 75038-2480
14206897       +Chondrite Reo, LLC,    7880 Bent Branch Drive,    Suite 150,    Irving, TX 75063-6045
14220449       +Chrondite Reo, LLC,    BSI Financial Services,    c/o Kevin G. McDonald, Esq.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14206898       +Continental Finance Co,    Po Box 8099,    Newark, DE 19714-8099
14206901      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,    MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Mana,     1130 Northchase Parkway,    Suite 150,
                 Marietta, GA 30067)
14206903       +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
                 Hazelwood, MO 63042-2429
14206905       +MidAmerica Bank & Trust Company,    Attn: Bankruptcy,    Po Box 400,    Dixon, MO 65459-0400
14213107       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14206907       +U.S. Department of the Treasury (Fax Onl,     1500 Pennsylvania Avenue Nw,
                 Washington, DC 20220-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:22:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 19 2020 04:22:20      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:52      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,     1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
14235501       +E-mail/Text: bnc@atlasacq.com Mar 19 2020 04:21:27      Atlas Acquisitions LLC,     294 Union St.,
                 Hackensack, NJ 07601-4303
14218840        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:52      City of Philadelphia,
                 1401 JFK Blvd,    Philadelphia PA 19102
14300698        E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:52
                 City of Philadelphia/Water Revenue Bureau,    c/o Pamela Elchert Thurmond, Esq.,
                 Municipal Services Building,    1401 JFK Blvd, 5th Floor,    Philadelphia, PA 19102-1595
14294177       +E-mail/Text: megan.harper@phila.gov Mar 19 2020 04:22:52
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14229331        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:16:40
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO BOX 10587,
                 Greenville, SC 29603-0587
14206899       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 19 2020 04:16:38      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14238969       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 19 2020 04:28:04      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14206900       +E-mail/Text: bnc-bluestem@quantum3group.com Mar 19 2020 04:22:56      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
14242395       +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 04:23:06      Ginny’s,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14206902       +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 04:23:06      Ginnys/Swiss Colony Inc,
                 Attn: Credit Department,    Po Box 2825,    Monroe, WI 53566-8025
14241482        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:16:40      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14229118        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:16:39      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14216570        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:17:01
                 LVNV Funding, LLC its successors and assigns as,     assignee of Santander Consumer USA,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14206904       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:16:40
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
14243936        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:17:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14206906       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2020 04:17:01
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14227181        E-mail/Text: bnc-quantum@quantum3group.com Mar 19 2020 04:21:42
                 Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2                  Date Rcvd: Mar 18, 2020
                              Form ID: pdf900          Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14242086       +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 04:23:06      Seventh Avenue,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14242085       +E-mail/Text: bankruptcy@sccompanies.com Mar 19 2020 04:20:25      Stoneberry,
                 c/o Creditors Bankruptcy Service,    P O Box 800849,    Dallas, TX 75380-0849
14206908       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 19 2020 04:20:28
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 24

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
```
              ERIK B. JENSEN    on behalf of Debtor Darcel   Copes akeem@jensenbagnatolaw.com,
               camryn@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;lori@jensenbagnatolaw.com;mjmecf@gmail.
               com;jensener79956@notify.bestcase.com
              JOSHUA    DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               karena.blaylock@phila.gov
              KEVIN G. MCDONALD    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    CHONDRITE REO, LLC (2) bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
DARCEL COPES

Chapter 13

Debtor

Bankruptcy No. 18-16563-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 18, 2020**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-

Debtor:
DARCEL COPES

6136 WASHINGTON AVENUE

PHILADELPHIA, PA 19143